UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| 6420 ROSWELL RD INC. | ) | CASE NO. 17-56753-PWB |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTNT POLAY & CLARK**

COMES NOW 6420 Roswell Rd., Inc. (the "Applicant") and hereby files this Application for Approval of Employment of Polay & Clark ("Polay"), as Accountant for the Debtor pursuant to 11 U.S.C. § 327 and Bankruptcy Rules 2014 and 5002 and respectfully shows the Court as follows:

1

On April 26, 2017 Applicant filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). Applicant continues to operate their business and manage their affairs as a debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

2

Applicant wishes to employ the Polay, as accountant in this Chapter 11 case.

3

During the Chapter 11 case, Applicant will require professional services from his accountant, including:

    (a)    Preparation of the Monthly Operating Reports,

3

    (b)    Payment of Monthly Invoices; and

    (c)    Taxes and Financial Oversite Reporting

4

Except as set forth in the attached Declaration, to the best of Applicant's knowledge: (a) Polay represents no interests adverse to Applicant in the matters upon which the firm is to be engaged for Applicant; (b) Polay has had no connection with Applicant, its creditors or any party in interest, or their respective attorneys and accountants, and (c) the firm's appointment will be in the best interest of Applicant and Applicant's Estate.

7

Applicant desires to employ Polay at a monthly rate at $2,500.00   Rates may be adjusted from time-to-time.

8

Attached hereto and incorporated herein by reference is the Verified Statement of the Anne Hsieh of Polay and Clark offered in support of this Application.

9

Pursuant to Bankruptcy Rule 6003(a), Applicant shall not seek an order approving this application until 21 days after the Petition Date.

WHEREFORE, Applicant prays that it be authorized to employ Polay as its accountants in this Chapter 11 case.

                            Respectfully Submitted,
                            Debtor in Possession, by
                            SLIPAKOFF AND SLOMKA, PC

                            By:___/s/ Howard P. Slomka

Howard P. Slomka, Esquire
Georgia Bar No. 652875

1069 Spring Street NW #200
Atlanta, Georgia 30309
(678) 732-0001 (telephone)
hs@myatllaw.com (e-mail)



ACCOUNTANTS' COMPILATION REPORT

**6420 Roswell Rd Inc**
D/B/A Flashers's
6420 Roswell Road
Atlanta, GA  30328

Management is responsible for the accompanying financial statement of **6420 Roswell Rd Inc**, which comprise the Statement of Assets, Liabilities and Equity – Income Tax Basis as of December 31, 2016 and the related Statement of Revenue and Expenses-Income Tax Basis for the twelve months then ended, in accordance with accounting principles generally accepted in the United States of America.  We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of AICPA.  We did not audit or review the financial statement nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management.  Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on this financial statement

We are not independent with respect to **6420 Roswell Rd, Inc**.


POLAY CLARK & CO
CERTIFIED PUBLIC ACCOUNTANTS
04.28.2017.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| 6420 ROSWELL RD., INC. | ) | CASE NO. 17-56753-PWB |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Application for Authority to Employ of Polay & Clark as Debtor's Accountant in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE EXHIBIT "A" FOR CREDITORS

DATE: May 10, 2017

By: _____/s/_____
Howard P. Slomka
Georgia Bar No. 652875
1069 Spring Street NW #200
Atlanta, Georgia 30309
(678) 732-0001 (telephone)
hs@myatllaw.com (e-mail)

6420 Roswell Road Inc.
6420 Roswell Road
Sandy Springs, GA 30328-3112

Atlanta Beverage
1250 Atlanta Industrial Drive
Marietta, GA 30066-6632

Beverage Control
5215 South Royal Atlanta Drive
Tucker, GA 30084-8611

Beverage Service Supply
1530 Carroll Drive
Suite 103
Atlanta, GA 30318-3600

Chase Auto Finance
PO Box 901076
Fort Worth, TX 76101-2076

City of Sandy Springs Georgia
7840 Roswell Road
Building 500
Sandy Springs, GA 30350-4891

Ecolab
26252 Network Place
Chicago, IL 60673-1262

Empire Distributors
3755 Atlanta Industrial Pkwy
Atlanta, GA 30331-1027

Estate of Charles Evans
6270 Montlake Ave
McDonough, GA 30253-8534

Fikes Services
753 Port America Place
Suite 205
Grapevine, TX 76051-7602

Fulton County Tax Commission
141 Pryor Street SW
Suite 1106
Atlanta, GA 30303-3446

Genral Wholesale
1595 Marietta Blvd
Atlanta, GA 30318-3642

Georgia Crown
100 Georgia Crown Drive
McDonough, GA 30253-9071

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Harry Freese
1270 Keans Court
Roswell, GA 30075-6357

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Miller Legal, PC
3646 Vineville Avenue
Macon, GA 31204-1868

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

National Distributors
PO Box 44127
Atlanta, GA 30336-1127

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Savannah Distributors
2860 Bankers
Atlanta, GA 30360

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 200
1069 Spring Street, NW
Atlanta, GA 30309-3817

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

United Distributors
5500 United Drive
Smyrna, GA 30082-4755

Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321