

**IT IS ORDERED as set forth below:**

**Date: May 23, 2017**

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| 6420 ROSWELL RD INC. | : | CASE NO: 17-56763 |
| | : | |
| | : | CHAPTER 11 |
| Debtor. | : | |

### ORDER APPROVING EMPLOYMENT
### OF POLAY & CLARK AS ACCOUNTANT

On May 12, 2017, Debtor filed an Application for Employment of Polay & Clark. ("Accountant" or the "Firm") as accountant to provide professional services to Debtors in a Chapter 11 proceeding (Doc. No. 20) (the "Application").  The Application was accompanied by a verified statement in compliance with Rule 2014(a) of the Federal Rules of Bankruptcy, signed by Michael R. Ballotta.

IT APPEARS to the Court that copies of said application and the verified statement have been served upon the United States Trustee for the Northern District of Georgia, as required by Rules 2014(a) and 9034 of the Federal Rules of bankruptcy Procedure.

IT FURTHER APPEARS to the Court that the Accountant does not hold an interest adverse to the estate and that the employment of the Accountant by the Debtor upon the terms set forth in the Application is necessary and in the best interests of the estate. It is hereby

ORDERED that:

(1) The Application is APPROVED; and Debtor is authorized to employ the Firm as accountant in this Chapter 11 case pursuant to 11 USC § 327, effective 21 days from the date of this Order, unless the United States Trustee or a party in interest files an objection to such appointment prior to that date, in which event this Court will schedule a hearing; and

(2) Until the 21 day period from the date of this Order has expired, or the hearing is concluded, whichever occurs last, the Accountant may provide professional services to Debtor on an interim basis pursuant to Rule 6003, Fed. R. Bankr. P. ;and

(3) All compensation and reimbursement of expenses to the Firm for services rendered and expenses incurred on behalf of the Debtor shall be subject to, and conditioned upon, application to and approval by this Court; and

(4) Counsel for Debtors shall promptly serve a copy of this Order on (a) the Office of the United States Trustee; (b) all secured and unsecured creditors in the case and their counsel; and (c) any other parties or entities requesting service.

*** END OF ORDER ***

Prepared and presented by:
_____/s/_____
Howard P. Slomka, Esq.
Attorney for Debtor
Slipakoff and Slomka PC
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309
(678)732-0001
hs@myatllaw.com