

**IT IS ORDERED as set forth below:**

**Date: June 12, 2017**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-56753 |
| | ) | |
| 6420 ROSWELL ROAD INC | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

=====================================================================

**ORDER GRANTING DEBTOR'S APPLICATION FOR AUTHORITY TO
EMPLOY ACCOUNTANT POLAY & CLARK**

Came on for consideration the Amended Application for Authority to Employ Accountant Polay & Clark, filed by Debtor 6420 Roswell Road Inc. The Court, having considered said Application and the agreement of Counsel, is of the opinion that the following Consent Order should be entered. It is therefore, ORDERED, ADJUDGED, AND DECREED that:

1. Debtor's Application is granted and the employment by Debtor of accounting firm Polay & Clark is approved.

2. The accounting firm Polay & Clark may be paid during the bankruptcy proceedings as indicated in the Application.

### *** END OF ORDER ***

Prepared by:

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Attorney for Debtor
Slipakoff and Slomka PC
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309
(678)732-0001
HS@myatllaw.com

Without Opposition by:

_____/s/_____
James H. Morawetz
Georgia Bar No. 521900
Office of the United States Trustee
Suite 362, Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Tel: (404) 331-4437, ext. 121
Jim.H.Morawetz@usdoj.gov

### Distribution List

Attorney for Debtor
Slipakoff and Slomka PC
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309
(678)732-0001

James H. Morawetz
Office of the United States Trustee
Suite 362, Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Tel: (404) 331-4437, ext. 121
Jim.H.Morawetz@usdoj.gov