**IT IS ORDERED as set forth below:**



**Date: January 5, 2018**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-56753 |
| | ) | |
| 6420 ROSWELL ROAD INC | ) | |
| d/b/a FLASHERS | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

=====================================================================

**ORDER GRANTNG FEE APPLICATION FOR DEBTOR'S COUNSEL**

Debtor's counsel filed its First Application for Chapter 11 Legal Fees due to Debtor's Counsel Through November 22, 2017 ("Fee Application") on November 22, 2017 (Doc. No. 51).   All parties were served, and none filed an objection.

On January 4, 2018 Debtor's counsel Howard P. Slomka, Esq. appeared.  James Morawetz, Esq., appeared on behalf of the U.S. Trustee and raised no opposition.  It is accordingly:

ORDERED that Debtor's counsel is entitled to fees and costs in the amount of $23,565.00 as stated in the Fee Application, to be disbursed from counsel's trust account (which has a retainer balance of $16,348), with the balance to be paid directly from Debtor as an authorized expense.

IT IS FURTHER ORDERED that counsel for Debtor shall promptly serve a copy of this Order and Notice upon all creditors and parties in interest and shall file the appropriate certificate of service with this Court within three (3) business days thereafter.

**END OF DOCUMENT**

Prepared by:

____/s/_____
Howard P. Slomka
Georgia Bar No. 652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
howie@slomkalawfirm.com

**Distribution List:**
Howard P. Slomka
Slipakoff & Slomka, PC
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339