**IT IS ORDERED as set forth below:**



**Date: March 14, 2018**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 17-56753-PWB |
| | : | |
| 6420 ROSWELL ROAD, INC., | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 11 OF THE |
| Debtor(s). | : | BANKRUPTCY CODE |

### ORDER & NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT

TO:   DEBTOR, ATTORNEY FOR DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

A disclosure statement was filed on March 12, 2018, (Document No. 57), under Chapter 11 of the Bankruptcy Code, referring to a plan filed on March 12, 2018, (Document No. 58), as Federal Rule of Bankruptcy Procedure 3016 requires. The disclosure statement is available for inspection from 9:00 A.M. to 4:00 P.M., Monday through Friday at the Office of the Clerk, United States Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, or online at http://ecf.ganb.uscourts.gov (registered users) and at http://pacer.psc.uscourts.gov (unregistered users).

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **April 24, 2018**, at **10:00 A.M.**, in Courtroom **1401**, United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta, Georgia, to consider the approval of the Disclosure Statement.

**NOTICE IS FURTHER GIVEN** that written objections to the proposed Disclosure Statement must be filed with the Court at least five (5) days prior to the above-referenced hearing. Copies of all such objections must be served upon the attorney for the debtor. Failure to file and serve said objections may result in a waiver of same.

**NOTICE IS FURTHER GIVEN** that within 5 days after the entry of this Notice, the attorney for the Debtor shall transmit a copy of this Notice by mail to creditors, equity security holders and other parties in interest, as provided in Federal Rule of Bankruptcy Procedure 3017(a) and pursuant to BLR 9007-2, NDGa.

END OF DOCUMENT