

**IT IS ORDERED as set forth below:**

**Date: August 9, 2018**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| IN RE:<br><br>6420 ROSWELL ROAD INC. d/b/a FLASHERS,<br><br>     Debtor. | CASE NO. 17-56753-PWB<br><br><br>CHAPTER 11 |

<u>ORDER AND NOTICE CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO CONFIRMATION OF THE PLAN</u>
<u>AND</u>
<u>NOTICE OF HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN</u>

The Debtor filed a first amended chapter 11 plan [Doc. 65] and disclosure statement for the first amended plan [Doc. 66] on May 11, 2018.   It is

ORDERED AND NOTICE IS HEREBY GIVEN that:

A. The disclosure statement [Doc. 65] filed by the Debtor on May 11, 2018, is conditionally approved.

B. **September 14, 2018** is fixed as the last day for filing written acceptances or rejections of the first amended chapter 11 plan.

C. **September 14, 2018** is fixed as the last day for filing and serving written objections to the disclosure statement and confirmation of the plan.  Any party objecting to the final approval of the disclosure statement or objecting to confirmation of the Debtor's plan must attend the hearing.  Written objections shall be filed with the Clerk, United States Bankruptcy Court, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30033, or by using the Court's electronic case filing system ("CM/ECF").  For information on electronic filing, consult the Court's website at www.ganb.uscourts.gov.  Any objection must also be served upon counsel for the Debtor.

D. The Court shall hold a hearing on final approval of the disclosure statement and confirmation of the first amended plan on **September 25, 2018**, at **10:00 a.m.**, in Courtroom 1401, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia.

E. The Debtor shall mail copies of this Order, the first amended plan, the disclosure statement, and a ballot to creditors and parties in interest, within five days of the entry date of this Order and file a certificate of service showing same.

**END OF ORDER**

**<u>Distribution List</u>**

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303