UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| 6420 ROSWELL ROAD INC | : | |
| | : | CASE NO. 17-56753 |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of this court's Order Granting Provisional Approval of Debtor's Disclosure Statement (Doc. 72), the first amended plan (Doc. 65), the disclosure statement (Doc. 66) and ballots to creditors and parties in interest in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED LIST FOR CREDITORS

Dated this 16th day of August 2018.

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
Slipakoff & Slomka LLP
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

```
Label Matrix for local noticing      6420 Roswell Road Inc.                 Angie Lance
113E-1                                6420 Roswell Road                     6868 Leslie Lane
Case 17-56753-pwb                     Sandy Springs, GA 30328-3112          Macon, GA 31220-5202
Northern District of Georgia
Atlanta
Fri Aug 17 23:29:57 EDT 2018

Atlanta Beverage                      Beverage Control                      Beverage Service Supply
1250 Atlanta Industrial Drive         5215 South Royal Atlanta Drive        1530 Carroll Drive
Marietta, GA 30066-6632               Tucker, GA 30084-8611                 Suite 103
                                                                            Atlanta, GA 30318-3600


Chase Auto Finance                    City of Sandy Springs Georgia         Ecolab
PO Box 901076                         7840 Roswell Road                     26252 Network Place
Fort Worth, TX 76101-2076             Building 500                          Chicago, IL 60673-1262
                                      Sandy Springs, GA 30350-4891


Empire Distributors                   Estate of Charles Evans               Fikes Services
3755 Atlanta Industrial Pkwy          6270 Montlake Ave                     753 Port America Place
Atlanta, GA 30331-1027                McDonough, GA 30253-8534              Suite 205
                                                                            Grapevine, TX 76051-7602


Fulton County Tax Commission          Fulton County Tax Commissioner        Genral Wholesale
141 Pryor Street SW                   141 Pryor St Suite 1113               1595 Marietta Blvd
Suite 1106                            Atlanta, GA 30303-3566                Atlanta, GA 30318-3642
Atlanta, GA 30303-3446


Georgia Crown                         (p)GEORGIA DEPARTMENT OF REVENUE      Harlan S. Miller
100 Georgia Crown Drive               COMPLIANCE DIVISION                   6868 Leslie Lane
McDonough, GA 30253-9071              ARCS BANKRUPTCY                       Macon, GA 31220-5202
                                      1800 CENTURY BLVD NE SUITE 9100
                                      ATLANTA GA 30345-3202


Harry Freese                          INTERNAL REVENUE SERVICE              Internal Revenue Service
1270 Keans Court                      P O BOX 7346                          P. O. Box 7346
Roswell, GA 30075-6357                2970 MARKET STREET                    Philadelphia, PA 19101-7346
                                      PHILADELPHIA, PA. 19104-5002


KHADEJAH AHMED                        Miller Legal, PC                      James H. Morawetz
6868 Leslie Lane                      3646 Vineville Avenue                 Office of U.S. Trustee
Macon, GA 31220-5202                  Macon, GA 31204-1868                  362 Richard Russell Bldg.
                                                                            75 Ted Turner Drive, SW
                                                                            Atlanta, GA 30303-3330


National Distributors                 Martin P. Ochs                        Office of the United States Trustee
PO Box 44127                          Office of the U. S. Trustee           362 Richard Russell Building
Atlanta, GA 30336-1127                362 Richard Russell Federal Bldg.     75 Ted Turner Drive, SW
                                      75 Ted Turner Drive, SW               Atlanta, GA 30303-3315
                                      Atlanta, GA 30303-3330


Savannah Distributors                 Secretary of the Treasury             Howard P. Slomka
2860 Bankers                          15th & Pennsylvania Avenue, NW        Slipakoff & Slomka, PC
Atlanta, GA 30360                     Washington, DC 20200                  Overlook III - Suite 1700
                                                                            2859 Paces Ferry Rd, SE
                                                                            Atlanta, GA 30339-6213
```

```
U. S. Securities and Exchange Commission      United Distributors                  Nancy J. Whaley
Office of Reorganization                       5500 United Drive                    Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 900                                      Smyrna, GA 30082-4755                303 Peachtree Center Avenue
950 East Paces Ferry Road, NE                                                       Suite 120, Suntrust Garden Plaza
Atlanta, GA 30326-1382                                                              Atlanta, GA 30303-1216


Ryan J. Williams
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Angie Lance                                 (u)Khadejah Ahmed                    (u)Polay & Clark




(u)The Wiggins Law Group LLC                   (u)Cary Wiggins                      End of Label Matrix
                                                                                    Mailable recipients    33
                                                                                    Bypassed recipients     5
                                                                                    Total                  38
```