UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-56753-PMB |
| ) | |
| 6420 ROSWELL ROAD INC. ) | |
| ) | |
| Debtor. ) | |

# DEBTOR'S MOTION TO CONTINUE HEARING ON CONFIRMATION OF THE CHAPTER 11 PLAN OF REORGANIZATION

COMES NOW, 6420 Roswell Road Inc. ("Debtor"), files this Motion to Continue Hearing on Confirmation of the Chapter 11 Plan of Reorganization ("Motion") pursuant to BLR 5071-1. In support thereof, Debtor respectfully show as follows:

## I. INTRODUCTION

1) Debtor request a short continuance of the next available calendar date, or as soon thereafter as the Court's calendar will permit, of the hearing on Confirmation of the Chapter 11 Plan of Reorganization. The Hearing was scheduled for hearing on September 25, 2018 (Doc 72).

2) Debtor's counsel will be out of state on September 25, 2018, making him unavailable to attend the scheduled hearing.

WHEREFORE, Debtor requests that the Court enter an order to be reset to October 9, 2018 at 10:00 a.m., and grant such other and further relief to the Debtor as the Court deems just.

Dated: September 17, 2018

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
HS@myatllaw.com (e-mail)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-56753-PMB |
| 6420 ROSWELL ROAD INC. | |
| Debtor. | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Motion to Continue Hearing on Motion to Continue Hearing on Confirmation of the Chapter 11 Plan of Reorganization in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED FOR ADDITIONAL CREDITORS AND COUNSEL

DATE: September 17, 2018

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
HS@myatllaw.com (e-mail))

```
Label Matrix for local noticing      6420 Roswell Road Inc.              Angie Lance
113E-1                               6420 Roswell Road                   6868 Leslie Lane
Case 17-56753-pwb                    Sandy Springs, GA 30328-3112        Macon, GA 31220-5202
Northern District of Georgia
Atlanta
Mon Sep 17 15:52:20 EDT 2018

Atlanta Beverage                     Beverage Control                    Beverage Service Supply
1250 Atlanta Industrial Drive        5215 South Royal Atlanta Drive      1530 Carroll Drive
Marietta, GA 30066-6632              Tucker, GA 30084-8611               Suite 103
                                                                         Atlanta, GA 30318-3600


Chase Auto Finance                   City of Sandy Springs Georgia       Ecolab
PO Box 901076                        7840 Roswell Road                   26252 Network Place
Fort Worth, TX 76101-2076            Building 500                        Chicago, IL 60673-1262
                                     Sandy Springs, GA 30350-4891


Empire Distributors                  Estate of Charles Evans             Fikes Services
3755 Atlanta Industrial Pkwy         6270 Montlake Ave                   753 Port America Place
Atlanta, GA 30331-1027               McDonough, GA 30253-8534            Suite 205
                                                                         Grapevine, TX 76051-7602


Fulton County Tax Commission         Fulton County Tax Commissioner      Genral Wholesale
141 Pryor Street SW                  141 Pryor St Suite 1113             1595 Marietta Blvd
Suite 1106                           Atlanta, GA 30303-3566              Atlanta, GA 30318-3642
Atlanta, GA 30303-3446


Georgia Crown                        (p)GEORGIA DEPARTMENT OF REVENUE    Harlan S. Miller
100 Georgia Crown Drive              COMPLIANCE DIVISION                 6868 Leslie Lane
McDonough, GA 30253-9071             ARCS BANKRUPTCY                     Macon, GA 31220-5202
                                     1800 CENTURY BLVD NE SUITE 9100
                                     ATLANTA GA 30345-3202


Harry Freese                         INTERNAL REVENUE SERVICE            Internal Revenue Service
1270 Keans Court                     P O BOX 7346                        P. O. Box 7346
Roswell, GA 30075-6357               2970 MARKET STREET                  Philadelphia, PA 19101-7346
                                     PHILADELPHIA, PA. 19104-5002


KHADEJAH AHMED                       Miller Legal, PC                    James H. Morawetz
6868 Leslie Lane                     3646 Vineville Avenue               Office of U.S. Trustee
Macon, GA 31220-5202                 Macon, GA 31204-1868                362 Richard Russell Bldg.
                                                                         75 Ted Turner Drive, SW
                                                                         Atlanta, GA 30303-3330


National Distributors                Martin P. Ochs                      Office of the United States Trustee
PO Box 44127                         Office of the U. S. Trustee         362 Richard Russell Building
Atlanta, GA 30336-1127               362 Richard Russell Federal Bldg.   75 Ted Turner Drive, SW
                                     75 Ted Turner Drive, SW             Atlanta, GA 30303-3315
                                     Atlanta, GA 30303-3330


Savannah Distributors                Secretary of the Treasury           Howard P. Slomka
2860 Bankers                         15th & Pennsylvania Avenue, NW      Slipakoff & Slomka, PC
Atlanta, GA 30360                    Washington, DC 20200                Overlook III - Suite 1700
                                                                         2859 Paces Ferry Rd, SE
                                                                         Atlanta, GA 30339-6213
```

```
U. S. Securities and Exchange Commission      United Distributors              Nancy J. Whaley
Office of Reorganization                      5500 United Drive                Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 900                                     Smyrna, GA 30082-4755            303 Peachtree Center Avenue
950 East Paces Ferry Road, NE                                                  Suite 120, Suntrust Garden Plaza
Atlanta, GA 30326-1382                                                         Atlanta, GA 30303-1216


Ryan J. Williams
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Angie Lance                    (u)Khadejah Ahmed                 (u)Polay & Clark




(u)The Wiggins Law Group LLC      (u)Cary Wiggins                   End of Label Matrix
                                                                    Mailable recipients    33
                                                                    Bypassed recipients     5
                                                                    Total                  38
```