

**IT IS ORDERED as set forth below:**

**Date: September 24, 2018**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>6420 ROSWELL ROAD INC.,<br><br>Debtor. | CASE NO. 17-56753-PWB<br><br>CHAPTER 11 |

### ORDER

The Debtor has filed a motion to continue the hearing on final approval of the disclosure statement and confirmation of the Debtor's plan from September 25, 2018, to October 9, 2018. The United States Trustee does not oppose the continuance, but requests that the hearing be held on October 23, 2018, to coincide with his motion to convert or dismiss. It is

ORDERED that the motion for continuance [Doc. 78] is granted. A hearing on final approval of the disclosure statement and confirmation of the Debtor's plan shall be held on **October 23, 2018**, at **10:00 a.m.**, in Courtroom 1401, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia.

## END OF ORDER

**Distribution List**

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

And all creditors and parties in interest