

**IT IS ORDERED as set forth below:**

**Date: October 26, 2018**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-56753 |
| | ) | |
| 6420 ROSWELL ROAD INC | ) | |
| d/b/a FLASHERS | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

==========================================================================

**ORDER AND NOTICE**
**REGARDING CLOSURE OF DEBTOR'S BUSINESS**

On October 23, 2018, the Court held a hearing on the pending Confirmation of the Chapter 11 Plan of Reorganization (Doc. No. 65) and on United States Trustee's pending Motion to Convert or Dismiss the Case (Doc. No. 80).

At the hearing, Howard P. Slomka, Esq. represented the Debtor and Martin P. Ochs, Esq. represented the U.S. Trustee.  Also present were Jody and Steven G. Downs as representatives of the Landlord for Debtor's business.

Slomka proffered to the Court that due to a recent ruling by the Fulton County Superior Court, Sandy Springs ordinances no long allow adult entertainment

establishments to serve alcohol in this location, and therefore the Debtor has closed its doors permanently. Because there is no plan to reopen, Debtor's plan of reorganization is no longer feasible.

The Court considered arguments related to dismissal, conversion to chapter 7 or filing a liquidating chapter 11 plan. The Court also heard proffered testimony from Landlord, which Mr. Slomka confirmed, that post-petition rent is due for October 2018 and post-petition real estate taxes are due under the lease for 2018, through and including October.

Upon consideration of the proffered testimony and the arguments of the parties in interests, it is hereby

**ORDERED and NOTICE IS HEREBY GIVEN** that:

A. The hearing on all pending motions is continued until November 15, 2018 at 11:00 am in Courtroom 1401, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

B. The automatic stay of 11 USC §362 shall be lifted in order to allow Landlord to evict Debtor if it remains in possession on November 25, 2018, and to take steps to re-lease the location without interference from Debtor.

C. Debtor shall be entitled to sell, at commercially reasonable prices and for the benefit of the estate, all furniture and personal property remaining in the location. Any items not sold or removed prior to turnover or writ of eviction will be deemed abandoned to the Landlord. Any creditors or parties in interest who desire to purchase any such items should contact Debtor's counsel.

D. Debtor shall retain and reserve all financial records located within the premises and in its office location in order to assist United States Trustee or other parties in interests in reviewing and confirming the financial activities of the Debtor during this case.

E. United States Trustee shall have the right to conduct discovery, including, without limitation, one or more Rule 2004 examinations of Debtor's principal and/or its bookkeepers and accountants as needed to review the post-petition financial activities.

F. Debtor shall have until November 5, 2018 to file a Motion to Dismiss the case indicating the likely distributions of the assets from the estate.

Debtor shall serve a copy of this Order and Notice upon all parties in interest and file a certificate of service upon the docket.

*** END OF ORDER ***

Prepared and presented by:
_____/s/_____
Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@myatllaw.com
(404) 800-4017


Approved as to form:

___/s_____
Martin P. Ochs, Esq.
GA Bar 091608
United States Department of Justice
75 Ted Turner Drive - Suite 362
Atlanta, GA  30303
Tel: (404) 331-4437 - ext. 139

## Distribution List

Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor in Possession
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@myatllaw.com
(404) 800-4017

```
                         United States Bankruptcy Court
                          Northern District of Georgia
In re:                                                         Case No. 17-56753-pwb
6420 Roswell Road Inc.                                         Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: tf                Page 1 of 1          Date Rcvd: Oct 26, 2018
                              Form ID: pdf534         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db             +6420 Roswell Road Inc.,   6420 Roswell Road,   Sandy Springs, GA 30328-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Howard P. Slomka    on behalf of Debtor    6420 Roswell Road Inc. se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com
              Martin P. Ochs    on behalf of U.S. Trustee    Office of the United States Trustee
               martin.p.ochs@usdoj.gov
              Nancy J. Whaley    ECF@njwtrustee.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Ryan J. Williams    on behalf of Interested Party Nancy J. Whaley ecf@njwtrustee.com
                                                                                             TOTAL: 5