**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-56753-PWB |
| | ) | |
| 6420 ROSWELL ROAD INC. | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

*(First Interim Fee Application for Debtor's Counsel: $15,252.66)*

PLEASE TAKE NOTICE that Debtor's counsel has filed a SECOND FEE APPLICATION and related papers with the Court.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on this Fee Application in <u>Courtroom 1401 at 10:00 a.m. on February 12, 2019.</u>

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1401, 75 Spring Street, Atlanta, Georgia 30303.

You must also mail a copy of your response to the undersigned at the address stated below.

By: /s/ Howard P. Slomka, Esquire
Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 17-56753-PWB |
| ) | |
| 6420 ROSWELL ROAD INC. ) | |
| ) | |
| Debtor. ) | |

___

**SECOND FEE APPLICATION FEES DUE TO DEBTOR'S ATTORNEY**
**FROM NOVEMBER 22, 2017 THROUGH NOVEMBER 21, 2018**

*(Total payment sought: $15,252.66)*

COMES NOW Slipakoff and Slomka P.C, successor by merger of The Slomka Law Firm P.C (the "Law Firm"), Attorneys for Debtor, and files this Second Fee Application for Chapter 11 Legal Fees Due to Debtor's Counsel (this "Application") and in support thereof respectfully shows as follows:

1. The Law Firm has represented 6420 Roswell Road Inc. ("Debtor") since the date of filing the Petition, April 12, 2017. Employment of Law Firm as Debtor's counsel was approved on May 17, 2017 (Doc. 21)

2. On November 22, 2017 the Law Firm made its First Application for the allowance of interim compensation for pre-confirmation professional services rendered to Debtor from the date of Chapter 11 petition preparation and filing through and including November 22, 2017 (Doc 21).

3. On January 5, 2018, the Court granted the First Fee Application in the amount of $23,365.00 in addition to expenses of $200.00 (Doc. 55)

4. On November 21, 2018 (Doc. 90) the present case was converted from Chapter 11 to Chapter 7.

5. The present Second Fee Application is submitted to cover the period of time elapsing between the filing of the First Fee Application on November 22, 2017 and the conversion of the case on November 21, 2018.

6. Law Firm has had numerous conferences and meetings with Debtor, creditors and accountants of Debtor, attorneys for creditors and with the US Trustee's office with reference to this case, and has filed appropriate pleadings and attended hearings and performed other services necessary to the proper administration of the estate.

7. The time expended by Law Firm and the work performed is duly itemized and set forth in the "Accounting" attached here to as *Exhibit A* and incorporated herein.

8. The out-of-pocket expenses incurred by the Law Firm during the Period are not sought in this Fee Application. The copy costs are charged at the rate of $0.10 per page. Mailing and service costs are charged at the rate of $1.53 per small envelope or $2.25 for large envelopes, or $1.00 over actual postage for oversize, overnight, or special delivery items. The Schedules require 32 creditor envelopes.

9. No agreement or understanding exists between Law Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10. Law Firm shows that it has expended a total of 49.5 hours in law firm time for the client during the relevant period, with total fees due in the amount of $15,252, and is therefore due a total of $15,252, pursuant to the above-referenced and prior disclosed compensation

agreement. This figure does NOT include the $1,500 in legal fees and $1,717 in filing costs paid by Debtor for the preparation and filing of the Chapter 11 petition.

11. Pursuant to this Second Fee Application the Law Firm respectfully requests this Court to allow such sums as Chapter 11 compensation, and to authorize the estate to pay the Law Firm $15,252.

12. Law Firm makes the following representations with respect to the 12-part <u>Johnson</u> test:

> (a) <u>Time and Labor Required</u>. Law Firm has expended a total of 49.5, hours during the Period, at the following rates:
>
> | Individual | Hourly Rate |
> |---|---|
> | Howard P. Slomka, Esq. | $350.00 |
> | Shawn J. Eisenberg, Esq. | $300.00 |
> | Fernando Bustelo (Paralegal) | $185.00 |
>
> (b) <u>Novelty and Difficulty of Questions Presented:</u> Debtor operates an adult entertainment business and night club. Due to unforeseen slowdown in demand and lack of a renewed customer base, in addition to legal fees and expenses related to litigation involving denied permits by Gwinnet County, the businesses stopped generating income and financial difficulties ensued for the Debtor as result of its negative cash flow. The Chapter 11 case involved a rushed filing due to Debtor's unpaid property taxes to the Fulton County Tax Commissioner and outstanding fees owed to law firms including the Levenson Law Firm P.C arising from civil litigation involving Debtor. Moreover, undersigned provided legal counsel regarding the conversion of the case and related actions required from Debtor. Because the case involves a list of 32

creditors holders of various secured and unsecured claims, as well as Debtor's principal who has had no previous bankruptcy experience, the case involved significant client contact and explanation up until the time of conversion of the case into a Chapter 7 bankruptcy.

(c) <u>Skill Requisite to Perform Legal Services Properly:</u>  Law Firm respectfully represents to the Court that it possesses the knowledge and skill to perform the legal services required by Debtor and has represented both Debtor and creditors is similar cases before this Court and others.

(d) <u>The Preclusion of Other Employment Due to Acceptance of This Client:</u>  Law Firm respectfully represents that the time dedicated to serving and visiting this client could have been dedicated to serving other clients of the firm, but for the demands of this case.  This is all the more so due to the fact that Firm founder Howard P. Slomka performed the bulk of the legal services personally.

(e) <u>Customary Fee for the Type of Services Rendered</u>:  Law Firm shows that the fees shown in the Accounting $350.00 per hour for attorneys and $185.00 for paralegals represent fees customary for representation of clients in Chapter 11 bankruptcy cases.

(f) <u>Whether Fee is Fixed or Contingent:</u>  Law Firm's fees are subject to Court review and approval under 11 USC 330, and to Debtor's ability to pay.  As such, collection is not definite, and the fee is not entirely fixed or contingent, but shares characteristics of each.

(g) <u>Time Limitations Imposed By Client or Other Circumstances</u>:  Law Firm shows that many of its tasks were performed under strict time limits and in preparation for hearings with set times.  The filing of the original case was demanding, and involved considerable first day motions and hearings.

(h) <u>Amount Involved and Results Obtained:</u>  Law Firm filed a Chapter 11 case to save Debtor, and reorganize its operations.  The case has been converted to Chapter 7.

(i) <u>Experience and Reputation of Attorneys</u>:   Law Firm respectfully represents that it has significant experience and respect of peers and others in the legal community.   Howard P. Slomka has practiced in Atlanta since 1996, is licensed in two states, and presently serves as partner of the law firm Slipakoff & Slomka P.C.  Mr. Slomka also served as General Counsel of a Hotel Holding Company that has navigated through a successful Chapter 11 reorganization under his leadership.  Law Firm represents both debtors and creditors in cases filed under Chapter 7, 11, and 13.

(j) <u>Undesirability of the Case:</u>  This factor is not usually applicable to Chapter 11 cases, other than to point out that the Debtor is in the adult entertainment business.  By filing this case at the post-judgment stage brought by its main creditor, Law Firm has provided a valuable service to Debtor, and therefore to the creditors as well.

(k) <u>Nature and Length of Professional Relationship With Client:</u>  Law Firm has represented Debtor since filing this case.

(l) <u>Awards in Similar Cases:</u>  The fees sought in this Application are significantly lower than would be expected in similar cases.  This is due to the fact that Law Firm has only charged for the time spent by Howard P. Slomka, and has not charged for many phone calls and routine follow up matters as an accommodation to Debtor.  As a professional practice, Mr. Slomka does not bill his clients for cell phone calls taken during a commute, and this is when he speaks with Debtor most regularly.

WHEREFORE, Law Firm prays that it be allowed Chapter 11 compensation as follows:

(1) $15,252 for legal fees incurred during the Period;

(2) grant any other relief it may deem just and proper.

>Respectfully Submitted,
>SLIPAKOFF AND SLOMKA, PC
>Attorney for Debtor
>
>By:     /s/  Howard P. Slomka, Esquire
>Georgia Bar #652875
>2859 Paces Ferry Rd. SE.
>Suite 1700
>Atlanta, Georgia 30339
>Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-56753-PWB |
| | ) | |
| 6420 ROSWELL ROAD INC. | ) | |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing SECOND FEE APPLICATION FOR COMPENSATION DUE TO DEBTOR'S ATTORNEY THROUGH NOVEMBER 21, 2018 upon the following by US Mail and the ECF system.

SEE ATTACHED LIST OF CREDITORS

Dated this 26 day of December, 2018.

By:   /s/  Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

```
Label Matrix for local noticing          6420 Roswell Road Inc.              Angie Lance
113E-1                                   6420 Roswell Road                   6868 Leslie Lane
Case 17-56753-pwb                        Sandy Springs, GA 30328-3112        Macon, GA 31220-5202
Northern District of Georgia
Atlanta
Fri Aug 17 23:29:57 EDT 2018

Atlanta Beverage                         Beverage Control                    Beverage Service Supply
1250 Atlanta Industrial Drive            5215 South Royal Atlanta Drive      1530 Carroll Drive
Marietta, GA 30066-6632                  Tucker, GA 30084-8611               Suite 103
                                                                             Atlanta, GA 30318-3600


Chase Auto Finance                       City of Sandy Springs Georgia       Ecolab
PO Box 901076                            7840 Roswell Road                   26252 Network Place
Fort Worth, TX 76101-2076                Building 500                        Chicago, IL 60673-1262
                                         Sandy Springs, GA 30350-4891


Empire Distributors                      Estate of Charles Evans             Fikes Services
3755 Atlanta Industrial Pkwy             6270 Montlake Ave                   753 Port America Place
Atlanta, GA 30331-1027                   McDonough, GA 30253-8534            Suite 205
                                                                             Grapevine, TX 76051-7602


Fulton County Tax Commission             Fulton County Tax Commissioner      Genral Wholesale
141 Pryor Street SW                      141 Pryor St Suite 1113             1595 Marietta Blvd
Suite 1106                               Atlanta, GA 30303-3566              Atlanta, GA 30318-3642
Atlanta, GA 30303-3446


Georgia Crown                            (p)GEORGIA DEPARTMENT OF REVENUE    Harlan S. Miller
100 Georgia Crown Drive                  COMPLIANCE DIVISION                 6868 Leslie Lane
McDonough, GA 30253-9071                 ARCS BANKRUPTCY                     Macon, GA 31220-5202
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


Harry Freese                             INTERNAL REVENUE SERVICE            Internal Revenue Service
1270 Keans Court                         P O BOX 7346                        P. O. Box 7346
Roswell, GA 30075-6357                   2970 MARKET STREET                  Philadelphia, PA 19101-7346
                                         PHILADELPHIA, PA. 19104-5002


KHADEJAH AHMED                           Miller Legal, PC                    James H. Morawetz
6868 Leslie Lane                         3646 Vineville Avenue               Office of U.S. Trustee
Macon, GA 31220-5202                     Macon, GA 31204-1868                362 Richard Russell Bldg.
                                                                             75 Ted Turner Drive, SW
                                                                             Atlanta, GA 30303-3330


National Distributors                    Martin P. Ochs                      Office of the United States Trustee
PO Box 44127                             Office of the U. S. Trustee         362 Richard Russell Building
Atlanta, GA 30336-1127                   362 Richard Russell Federal Bldg.   75 Ted Turner Drive, SW
                                         75 Ted Turner Drive, SW             Atlanta, GA 30303-3315
                                         Atlanta, GA 30303-3330


Savannah Distributors                    Secretary of the Treasury           Howard P. Slomka
2860 Bankers                             15th & Pennsylvania Avenue, NW      Slipakoff & Slomka, PC
Atlanta, GA 30360                        Washington, DC 20200                Overlook III - Suite 1700
                                                                             2859 Paces Ferry Rd, SE
                                                                             Atlanta, GA 30339-6213
```

```
U. S. Securities and Exchange Commission        United Distributors              Nancy J. Whaley
Office of Reorganization                        5500 United Drive                Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 900                                       Smyrna, GA 30082-4755            303 Peachtree Center Avenue
950 East Paces Ferry Road, NE                                                    Suite 120, Suntrust Garden Plaza
Atlanta, GA 30326-1382                                                           Atlanta, GA 30303-1216


Ryan J. Williams
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303-1286
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Angie Lance                                  (u)Khadejah Ahmed                (u)Polay & Clark




(u)The Wiggins Law Group LLC                    (u)Cary Wiggins                  End of Label Matrix
                                                                                 Mailable recipients    33
                                                                                 Bypassed recipients     5
                                                                                 Total                  38
```

## Slipakoff & Slomka, PC
### Time Activities by Client Detail

EXHIBIT A

Activity: November 22, 2017 - December 19, 2018

6420 Roswell Road C11

| Activity Date | Employee | Product/Service | Memo/Description | Rates | Duration | Billable | Amount |
|---|---|---|---|---|---|---|---|
| 11/29/2017 | Howie Slomka | C11 Attorney Services | Review and file October MOR(15 mins); review claims and prep for plan(30 mins); tc louis levenson(15 mins). | 350.00 | 1 | Yes | 350.00 |
| 12/21/2017 | Fernando Bustelo (Vendor) | C11 Paralegal Services | Prepare and file November Operating Report(15 mins). Review net returns since filing and increase on revenue(30 ,mins). Phone conference with client, accountant and HPS(30 mins). | 185.00 | 1.25 | Yes | 231.25 |
| 01/03/2018 | Howie Slomka | C11 Attorney Services | TC client re new lawsuits and liabilities(30 mins); review fee app for Jan 4 hrg(20 mins). | 350.00 | 0.8333333 | Yes | 291.67 |
| 01/04/2018 | Howie Slomka | C11 Attorney Services | Attend hrg on fee app(90 mins); prep order(20 mins); prep disclosure statement(30 mins) | 350.00 | 2.1666667 | Yes | 758.33 |
| 01/30/2018 | Fernando Bustelo | C11 Paralegal Services | Review related financial documents to prepare December Operating report(25 mins). Obtain evidence of payment of past due trustee fees and forward to Jim Morowitz. Email CPA with accounting questions, compile and file Operating Report(20 mins). | 185.00 | 0.75 | Yes | 138.75 |
| 02/07/2018 | Howie Slomka | C11 Attorney Services | TC hrlan miller, cary wiggins and Mario; draft disclosure | 350.00 | 0.3333333 | Yes | 116.67 |
| 02/13/2018 | Howie Slomka | C11 Attorney Services | Research sale of possessory interest in lease...email client (90 mins). TC with lawyers for ethical consultations (60mins) | 350.00 | 2.5 | Yes | 875.00 |
| 2/14/2018 | Howie Slomka | C11 Attorney Services | TC Harry Freese re purchase of possessory interest; further research re caselaw and recent offers (90 mins). | 350.00 | 1.3333333 | Yes | 466.67 |
| 02/21/2018 | Howie Slomka | C11 Attorney Services | review files and prep plan(60mins); TC with client re sale of possessory interest (20 mins) | 350.00 | 1.3333333 | Yes | 466.67 |
| 03/09/2018 | Howie Slomka | C11 Attorney Services | work on budget and disclosure statement(60 mins); review claims (30 mins); TC to creditors about payment terms and plans and POC amendments (45 mins). | 350.00 | 2.3333333 | Yes | 816.67 |
| 03/12/2018 | Howie Slomka | C11 Attorney Services | finalize disclosure statement and math/spreadsheets(60 mins) and plan (60 mins) and file both (60 mins). | 350.00 | 3 | Yes | 1,050.00 |
| 03/19/2018 | Howie Slomka | C11 Attorney Services | prep and mail service of Disclosure statement order, including copying and service. | 350.00 | 2 | Yes | 700.00 |
| 04/23/2018 | Howie Slomka | C11 Attorney Services | TC HARLAN MILLER (30 mins); PREPARE FOR DISCLOSURE STATEMENT HEARING(1.1 hours) ; TC ANNE HSIE RE FINANCIALS (45 mins). | 350.00 | 2.3333333 | Yes | 816.67 |
| 04/24/2018 | Howie Slomka | C11 Attorney Services | Prep for and attend hearing on disclosure statement(2 hours); amend and review M. operating reports (30 mins). | 350.00 | 2.5 | Yes | 875.00 |

| Date | Name | Category | Description | Rate | Hours | Billable | Amount |
|---|---|---|---|---|---|---|---|
| 05/07/2018 | Howie Slomka | C11 Attorney Services | review all filed MORS and revise Disclosure statement to explain what happens if no sale of land | 350.00 | 0.5 | Yes | 175.00 |
| 05/08/2018 | Howie Slomka | C11 Attorney Services | Revise plan and tc chambers re order for hearing(30 mins).    email creditors (15 mins). | 350.00 | 0.75 | Yes | 262.50 |
| 05/14/2018 | Howie Slomka | Chapter 11 Filing Fees | MOR and review plan and ballots | 0.00 | 0.4166667 | Yes | 0.00 |
| 05/15/2018 | Howie Slomka | C11 Attorney Services | review MOR and TC client about papers for 341;  prepare for confirmation hrg | 350.00 | 0.3333333 | Yes | 116.67 |
| 06/15/2018 | Howie Slomka | C11 Attorney Services | review docket and MOR(25 mins);  draft papers for confirmation hearing 40mins) | 350.00 | 1.0833333 | Yes | 379.17 |
| 06/25/2018 | Howie Slomka | C11 Attorney Services | TC CLIENT RE LIKELY SHUT DOWN OF BAR.   REOPENING AS NEW OPERATION (60 mins). Multiple calls and emails re next plans and likely budgets (60 mins) | 350.00 | 2 | Yes | 700.00 |
| 07/25/2018 | Howie Slomka | C11 Attorney Services | TC Harlan MIller and Harry Freese re future of case(60 mins), club and 2004 exam (30 mins);  review plan and dodcket (30 mins). | 350.00 | 2 | Yes | 700.00 |
| 08/02/2018 | Howie Slomka | C11 Attorney Services | Draft and file Appl and order and notice for plan approval and hrg 50;  reach out to client re health and club status ; tc civil attorney re lawsuits  30 | 350.00 | 1.3333333 | Yes | 466.67 |
| 08/17/2018 | Howie Slomka | C11 Attorney Services | TC COUNSLE RE STATE COURT PROCEEDINGS;  REVIEW MOR AND INSURANCE DECS | 350.00 | 0.4166667 | Yes | 145.83 |
| 08/17/2018 | Hakan Demiroglu | Chapter 11 Filing Fees | mailing cost to serve creditors with the Order Confirming DS, Amended Plan and Ballots in the Chapter 11 case of 6420 Roswell. | 11.80 | 1 | Yes | 11.80 |
| 09/05/2018 | Howie Slomka | C11 Attorney Services | TC and emails with Cary WIggins re Fulton county hearing(30 mins); tc client re same (30 mins).  review case status and plan for compliance. | 350.00 | 1 | Yes | 350.00 |
| 9/13/2018 | Howie Slomka | C11 Attorney Services | Prepare and file Ballot Report; confrim all incoming and filed ballots; confirm style and form and file with Court; prepare for confirmation. | 250.00 | 1.5 | Yes | 375.00 |
| 10/01/2018 | Howie Slomka | C11 Attorney Services | Personal meeting with Harry Freese and granddaughter to discuss conversion of the Chapter 11 case to Chapter 7.   Go over assets and creditors and correlation to personal BK as well.    Noon until 2:25 pm at hospital | 350.00 | 2.25 | Yes | 787.50 |
| 10/19/2018 | Howie Slomka | C11 Attorney Services | 30 min TC with Harry Freese re upcoming hearings;  review docket and motions(30 mins);   TC creditors and LL concerning assets in store. | 350.00 | 1 | Yes | 350.00 |
| 10/23/2018 | Howie Slomka | C11 Attorney Services | Prep for and attend hrg on MTD and confirmation (2hours)  draft order and TC with client regarding LL claims and lifting stay (1 hour) | 350.00 | 3 | Yes | 1,050.00 |
| 11/02/2018 | Fernando Bustelo | C11 Paralegal Services | Draft fee application for CPA, notice and proposed order. Transmit to HPS and file with exhibits. | 0.00 | 1.1666667 | No | |

| Date | Name | Service | Description | Rate | Hours | Billable | Amount |
|---|---|---|---|---|---|---|---|
| 11/14/2018 | Howie Slomka | C11 Attorney Services | Review brief by UST (20 mins)  Draft email to UST and place TC (15 mins) Review case law and propose a consent order to convert to C7. Review claims and prepare for hrg on Thursday. (1:25) | 350.00 | 2 | Yes | 700.00 |
| 11/14/2018 | Howie Slomka | C11 Attorney Services | 45 MINs - prep for and attend hrg in court;  30 Mins prep and file Dislcosure of new civil case;  review consent order;  30 mins - TC with client and review filed;  email L levenson about need to transfer trust account. | 350.00 | 1.75 | Yes | 612.50 |
| 11/19/2018 | Howie Slomka | C11 Attorney Services | review and upload final consent order. | 350.00 | 0.3333333 | Yes | 116.67 |
| | | | CASE CONVERTED ON NOV 21, 2018 - NO FURTHER FEES | | 49.5 | | $ 15,252.66 |