**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| 6420 ROSWELL ROAD INC. | )  CASE NO. 17-56753-PWB |
| | ) |
| | ) |
| Debtor. | ) |

**NOTICE OF HEARING**

*(Fee Application for Debtor's Accounting Firm: $27,425)*

PLEASE TAKE NOTICE that Debtor's counsel has filed a FEE APPLICATION FOR ACCOUNTING FEES and related papers with the Court. (Doc. 106)

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on this Fee Application in Courtroom 1401 at 10:00 a.m. on February 12, 2019.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1401, 75 Spring Street, Atlanta, Georgia 30303.

You must also mail a copy of your response to the undersigned at the address stated below.

By:  /s/ Howard P. Slomka, Esquire
Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-56753-PWB |
| | ) | |
| 6420 ROSWELL ROAD INC. | ) | |
| | ) | |
| Debtor. | ) | |

_____

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing FEE APPLICATION FOR ACCOUNTING FEES upon the following by US Mail and the ECF system.

SEE ATTACHED LIST OF CREDITORS

Dated this 26th day of December, 2018.

By: /s/ Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 17-56753-pwb<br>Northern District of Georgia<br>Atlanta<br>Fri Aug 17 23:29:57 EDT 2018 | 6420 Roswell Road Inc.<br>6420 Roswell Road<br>Sandy Springs, GA 30328-3112 | Angie Lance<br>6868 Leslie Lane<br>Macon, GA 31220-5202 |
| Atlanta Beverage<br>1250 Atlanta Industrial Drive<br>Marietta, GA 30066-6632 | Beverage Control<br>5215 South Royal Atlanta Drive<br>Tucker, GA 30084-8611 | Beverage Service Supply<br>1530 Carroll Drive<br>Suite 103<br>Atlanta, GA 30318-3600 |
| Chase Auto Finance<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | City of Sandy Springs Georgia<br>7840 Roswell Road<br>Building 500<br>Sandy Springs, GA 30350-4891 | Ecolab<br>26252 Network Place<br>Chicago, IL 60673-1262 |
| Empire Distributors<br>3755 Atlanta Industrial Pkwy<br>Atlanta, GA 30331-1027 | Estate of Charles Evans<br>6270 Montlake Ave<br>McDonough, GA 30253-8534 | Fikes Services<br>753 Port America Place<br>Suite 205<br>Grapevine, TX 76051-7602 |
| Fulton County Tax Commission<br>141 Pryor Street SW<br>Suite 1106<br>Atlanta, GA 30303-3446 | Fulton County Tax Commissioner<br>141 Pryor St Suite 1113<br>Atlanta, GA 30303-3566 | Genral Wholesale<br>1595 Marietta Blvd<br>Atlanta, GA 30318-3642 |
| Georgia Crown<br>100 Georgia Crown Drive<br>McDonough, GA 30253-9071 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Harlan S. Miller<br>6868 Leslie Lane<br>Macon, GA 31220-5202 |
| Harry Freese<br>1270 Keans Court<br>Roswell, GA 30075-6357 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA. 19104-5002 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| KHADEJAH AHMED<br>6868 Leslie Lane<br>Macon, GA 31220-5202 | Miller Legal, PC<br>3646 Vineville Avenue<br>Macon, GA 31204-1868 | James H. Morawetz<br>Office of U.S. Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 |
| National Distributors<br>PO Box 44127<br>Atlanta, GA 30336-1127 | Martin P. Ochs<br>Office of the U. S. Trustee<br>362 Richard Russell Federal Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Savannah Distributors<br>2860 Bankers<br>Atlanta, GA 30360 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 |

```
U. S. Securities and Exchange Commission     United Distributors              Nancy J. Whaley
Office of Reorganization                     5500 United Drive                Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 900                                    Smyrna, GA 30082-4755            303 Peachtree Center Avenue
950 East Paces Ferry Road, NE                                                 Suite 120, Suntrust Garden Plaza
Atlanta, GA 30326-1382                                                        Atlanta, GA 30303-1216


Ryan J. Williams
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Angie Lance                               (u)Khadejah Ahmed                (u)Polay & Clark




(u)The Wiggins Law Group LLC                 (u)Cary Wiggins                  End of Label Matrix
                                                                              Mailable recipients    33
                                                                              Bypassed recipients     5
                                                                              Total                  38
```